BEFORE THE SECOND DIVISION, DECEMBER 27, 1956

**No. 60428.**—Gramercy Import Co., Inc., et al. *v.* United States, protests 261039–K, etc. (New York).

Opinion by RAO, J.    In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JANUARY 3, 1957

**No. 60429.**—Dan Brechner & Co. *v.* United States, protests 269920–K, etc. (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of metal dime savings banks the same in all material respects as those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C. D. 1784), the claim of the plaintiff was sustained.